## Charles J. Ekstrand et al., Appellees, v. N. P. Severin et al., Appellants.

### Gen. No. 42,857.

Heard in the second division, first district, this court at the October term, 1943; opinion filed April 6, 1944. J. E. Yaffe, for appellants; England & O'Toole, for appellees. Opinion by JUSTICE SULLIVAN. Not to be published in full.